```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   K.I.,                                                    :
                                Plaintiff,                  :
                                                            :   23 Civ. 1777 (LGS)
                  -against-                                 :
                                                            :   ORDER
   BHARAT TYAGI,                                            :
                                Defendant.                  :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant was served on March 22, 2023, and has not appeared in this action;

WHEREAS, Plaintiff started the default judgment procedure, pursuant to the Order dated April 20, 2023. It is hereby

**ORDERED** that the initial pretrial conference scheduled for June 21, 2023, at 4:00 P.M. is CANCELLED.

Dated: June 16, 2023
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**